EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Jeannette González Acevedo Karen Pagán Pagán Juezas Municipales Tribunal de Primera Instancia Sala Municipal de Aguadilla | 2005 TSPR 98 164 DPR _____ |

Número del Caso: AD-2004-1
                 AD-2004-2

Fecha: 30 de junio de 2005

Oficina de Administración de los Tribunales:

            Lcda. Evangelina Valentín Ferrer

Abogados de las Partes Querelladas:

            Lcdo. Guillermo Ramos Luiña
            Lcda. Arytza Y. Martínez Rivera
            Lcdo. Harry N. Padilla Martínez

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Jeannette González Acevedo      AD-2004-1      Conducta
Karen Pagán Pagán      AD-2004-2      Profesional
Juezas Municipales
Tribunal de Primera Instancia
Sala Municipal de Aguadilla

RESOLUCIÓN
(Nunc Pro Tunc)

San Juan, Puerto Rico a 30 de junio de 2005.

Se enmienda *nunc pro tunc* nuestra Sentencia de 20 de junio de 2005 a los únicos efectos de hacer constar que: "el Juez Asociado señor Rivera Pérez disiente de la medida disciplinaria adoptada por la Mayoría, por entender que no es proporcional con la falta cometida. La suspensión de empleo y sueldo de las querelladas es una medida disciplinaria excesiva y desproporcionada. Acogemos la recomendación de la Comisión de Disciplina y Separación del Servicio por Razón de Salud de Jueces del Tribunal de Primera Instancia y del Tribunal de Apelaciones de imponer como medida disciplinaria una censura por la conducta incurrida por las querelladas. Le adscribiríamos a la misma el carácter de severa censura."

Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados señores Rebollo López y Fuster Berlingeri no intervinieron.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo